UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 24-45240

JV CONSULTING, INC.,                     Chapter 7

            Debtor.                               Judge Thomas J. Tucker
_____/

**ORDER DISMISSING CASE**

On May 28, 2024, Jim Viviano, the owner of the Debtor, who is not an attorney, signed and filed a voluntary petition for relief under Chapter 7 on behalf of the Debtor, which is a corporation. No attorney signed the petition. An owner of a corporation, who is not an attorney, may not file a bankruptcy petition for or represent a corporation in bankruptcy court. *See, e.g., United States v. 9.19 Acres of Land*, 416 F.2d 1244, 1245 (6th Cir. 1969) ("[A] corporate president may not represent his corporation before a federal court. . . . [A] corporation cannot appear otherwise than through an attorney."); *see also In re Dick Tracy Insurance Agency, Inc.*, 204 B.R. 39, 39 (Bankr. W.D. Mo. 1997) ("There is no dispute that a corporation must be represented by counsel in a bankruptcy proceeding and may not file a petition *pro se*.")

For these reasons,

IT IS ORDERED that this case is dismissed.

**Signed on May 28, 2024**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**